# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| COMMUNITY BANK OF NEVADA, )<br>                                          )<br>                          Plaintiff,   )<br>                                          )<br>vs.                                      )<br>                                          )<br>ELAINE FRIEDMAN, et al.,       )<br>                                          )<br>                          Defendants. ) | Case No. 2:09-cv-01691-PMP-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #38) |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #38) filed December 8, 2010. Eisenberg Raizman Thurston & Wong LLP seeks to withdraw as counsel of record for Defendants Elaine and Arnold Friedman, David Chen, Wei Wan-Pan, Cheryl and Warren Stowell, 619 East High Street Land Trust, Munro C. Russell, Keely Partners, LP, and Eisenberg Raizman Thurston & Wong LLP  ("Defendants").  The Motion represents that the attorneys representing these Defendants have now changed firms and are no longer associated with Eisenberg Raizman Thurston & Wong LLP.  The new firm, Drinker Biddle & Reath LLP, has already filed a notice of association of counsel with the court.  Local Rule IA 10-6 provides that "no withdrawal . . .  shall be approved if delay of discovery, the trial or any hearing in the case would result."  This case was removed to this court on August 31, 2009.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1.     The Motion to Withdraw as Counsel of Record (Dkt. #38) is GRANTED.

2.     Defendants Elaine and Arnold Friedman, David Chen, Wei Wan-Pan, Cheryl and
         Warren Stowell, 619 East High Street Land Trust, Munro C. Russell, Keely Partners, LP,

1     and Eisenberg Raizman Thurston & Wong LLP will continue to be represented by the

2     law firm Drinkle Briddle & Reath LLP.

3 Dated this 10th day of December, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE