UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FSP STALLION 1, LLC, et al., )<br>)<br>       Plaintiffs, )<br>)<br>vs. )<br>)<br>MICHAEL F. LUCE, et al., )<br>)<br>       Defendants. )<br>_____)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>ELAINE FRIEDMAN, et al., )<br>)<br>       Defendants. )<br>_____) | Case No. 2:08-cv-01155-PMP-PAL<br><br>**MINUTES OF<br>SETTLEMENT CONFERENCE**<br><br><br><br><br><br><br>Case No. 2:09-cv-01691-PMP-PAL<br><br><br><br>Dated: June 6, 2012. |

PRESENT: THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

JUDICIAL ASSISTANT: Teresa K. Hoskin    RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF FSP STALLION ENTITIES: Chris Wong, Katherine Hernandez

COUNSEL FOR PLAINTIFF FDIC:   Jeff Sylvestri, Andy Gordon

COUNSEL FOR DEFENDANTS JOE MUNSCH and MICHAEL F. LUCE:   Daniel McNutt

COUNSEL FOR DEFENDANT WILLIAM WALTERS:   Dennis Kennedy, Sarah Harmon

INDIVIDUAL PRESENT ON BEHALF OF FSP STALLION:   Janet Shanta, John Shanta, Howard Grubb, Carl Gillette, Martha Gillette, Debra Murphy, Naomi Zahavi, Charles Betz, Kaleb Klein

INDIVIDUALS PRESENT ON BEHALF OF PLAINTIFF FDIC: Verne Rudebusch, Stephen Pruss, Edward Mertic

INDIVIDUAL DEFENDANTS PRESENT: Joe Munsch, William Walters, Michael Luce

The court conducted a settlement conference commencing at 9:40 a.m., and concluding at 4:30 p.m.

**IT IS ORDERED** that the settlement conference in this matter is **CONTINUED** to **July 12, 2012**, at **9:30 a.m.**, to commence in **Courtroom 3B**. All members of the FSP Stallion Entities shall appear in person, or provide written authorization for a representative to act on their behalf.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Case 2:09-cv-01591-RMP-PAL Document 757 Filed 06/08/22 Page 2 of 2